IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT ACHARD and SHAWN THOMAS, individually and on behalf of all others similarly situated,<br>    Plaintiffs<br><br>v.<br><br>NORTHWEST BANK, N.A.,<br>    Defendant. | Civil Action No. 1:24-cv-216 |

# O R D E R

AND NOW, this 18th day of October 2024, upon consideration of the Stipulation of the parties to this action, and for good cause shown it is hereby ORDERED that:

1. Any and all class allegations and any allegations set forth in the Complaint seeking, requesting or attempting to assert a putative class action under Fed. R. Civ. P. 23 are stricken *nunc pro tunc* and/or withdrawn *nunc pro tunc* as of August 8, 2024; and

2. Pursuant to 9 U.S.C. § 3 and *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024), all proceedings in this civil action are stayed pending completion of the individual arbitrations filed by Scott Achard and Shawn Thomas.

3. The within civil action shall be administratively closed pending the completion of the arbitration process. Nothing contained in this Order shall be considered a dismissal or disposition of this matter and the Court will retrain jurisdiction should further proceedings become necessary.

4. Once arbitration proceedings have been completed, the parties shall so notify the Court and may move to reopen this civil action, to the extent further litigation is warranted.

*[signature]*
_____
SUSAN PARADISE BAXTER
United States District Judge